UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ELIAS SALDIVAR, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:12-CV-379 |
| § | |
| CITY OF ALTON, TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

Pending before the Court is Plaintiff's self-styled "Agreed Motion for Extension of Discovery Schedule." [Dkt. No. 18]. After considering the motion, the Court finds that Plaintiff has not demonstrated good cause for extending the discovery deadline. Therefore, the Court **DENIES** the motion.

IT IS SO ORDERED.

DONE this 14th day of June, 2013, in McAllen, Texas.

_____
Micaela Alvarez
UNITED STATES DISTRICT JUDGE